UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

IN THE MATTER OF:

__Double H Transportation LLC__
**Debtor**

__Double H Transportation LLC__
**Appellant**

CIVIL DOCKET NO.
__3:21-CV-00121-KC__

vs.

__Brad W. Odell, etal__

**Appellee**

## NOTICE OF DOCKETING RECORD ON APPEAL

Today, __07/14/21__, the Record on Appeal in this cause was entered on the docket of the United States District Court for the Western District of Texas, El Paso Division, in reference to __Double H. Transportation LLC v. Odell, etal__, filed on __07/07/21__, and assigned to the Honorable __Kathleen Cardone__.

Unless otherwise directed by court order, the filing of briefs on appeal shall be in accordance with Bankruptcy Rule 8018 which provides, in part, the following:

1.) The appellant shall serve and file his brief within 30 days after docketing of the notice that the record has been transmitted or is available electronically.

2.) The appellee mustl serve and file his brief within 30 days after service of the appellant's brief.

3.) The appellant may serve and file a reply brief within 14 days after service of appellee's brief, but a reply must be filed at least 7 days before scheduled argument allows a later filing.

JEANNETTE J. CLACK, Clerk
United States District Court

By:_____

_____, Deputy Clerk

cc: Honorable _____
    File