IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE: § | |
| § | |
| DOUBLE H TRANSPORTATION, LLC, § | |
| § | |
| Appellant, § | |
| § | |
| v. § | CASE NO. 3:21-cv-00121-KC |
| § | |
| BRAD W. ODELL (CHAPTER 11 TRUSTEE), § | |
| RONALD INGALLS (CHAPTER 7 TRUSTEE), § | |
| UNITED STATES TRUSTEE – ELP12, § | |
| MHC FINANCIAL SERVICES, and § | |
| ENGS COMMERCIAL FINANCE CO. § | |
| § | |
| Appellees. § | |

**APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**

**TO THE HONORABLE KATHLEEN CARDONE, U.S. DISTRICT JUDGE:**

  **COMES NOW** DOUBLE H TRANSPORTATION, LLC (hereinafter referred to as "Appellant" or "DOUBLE H" or "Debtor"), by and through the undersigned counsel, and hereby files this "Appellant's Unopposed First Motion For Extension Of Time To File Appellant's Principal Brief" (hereinafter referred to as the "Motion"), pursuant to Rule 8013 of the Federal Rules of Bankruptcy Procedure ("FRBP"), and Rule 27 of the Federal Rules of Appellate Procedure ("FRAP"), and would respectfully show this Court as follows:

    **I.  FACTUAL AND PROCEDURAL BACKGROUND.**

  1.  On July 7, 2021, the U.S. Bankruptcy Court Clerk filed a "Transmission of Record on Appeal to District Court" stating the Appellant's designated record on appeal was complete. (Document 6-1).

2. However, on July 14, 2021, the U.S. Bankruptcy Court Clerk filed a supplemental "Transmission of Record on Appeal to District Court" stating transcript was filed after the initial transmission of Notice of Record on Appeal. (Document 7).

3. In accordance with the July 14, 2021 "Transmission of Record on Appeal to District Court" (Document 7), and Rule 8018(a)(1) of the Federal Rules of Bankruptcy Procedure, Appellant's Principal Brief is thus due on or about Friday, August 13, 2021.

4. The undersigned counsel for Appellant resumed regular chemotherapy treatments the past several months (except during a successful bout with COVID-19), making it difficult for undersigned to devote sufficient time towards completion of the Appellant's Principal Brief.

5. In addition, the undersigned counsel has several other pending state and federal cases, including a Chapter 11 Bankruptcy case that includes an Adversary proceeding requiring substantial attention during the next few weeks.

6. In accordance with Local Rule CV-7(g), the undersigned has met and conferred via email with each counsel for the Appellees herein, in a good-faith attempt to determine whether or not they would oppose the foregoing, and each counsel for the Appellees has responded they do not oppose this Motion. (See Exhibits A-E attached hereto).

7. Accordingly, Appellant hereby requests that the current deadline to file the Appellant's Principal Brief be extended for thirty (14) days, until Friday, August 27, 2021.

## II.     ARGUMENT AND AUTHORITIES.

8. In accordance with Local Rule CV-7(d)(2)(a), of The United States District Court For The Western District Of Texas, El Paso Division, this Court may extend the time for filing a brief before the expiration of the period originally prescribed.

9. Accordingly, Appellant hereby notes as follows:

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                                                           Page 2 of 10

A. On July 14, 2021, the Clerk of The United States Bankruptcy For The Western District Of Texas, El Paso Division, herein completed its Transmission Of Record On Appeal To District Court;

B. Therefore, the current deadline to file the Appellant's Principal Brief is August 13, 2021, pursuant to Rule 8018(a)(1) of the Federal Rules of Bankruptcy Procedure;

C. The length of the extension sought herein is fourteen (14) days, until Friday, August 27, 2021;

D. The facts relied upon to reasonably explain the need for an extension are as discussed above; and,

E. The number of previous extensions granted regarding the item in question are NONE, as this is the first Motion Appellant has filed requesting an extension of time for filing any Briefs.

### III.   PRAYER.

**WHEREFORE, ALL PREMISES CONSIDERED**, and for the foregoing reasons, Appellant prays the Court grant this Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief until Friday, August 27, 2021.  Appellant further prays for such other further relief, at law and in equity, to which Appellant may be justly entitled.

August 12, 2021                    Respectfully submitted,

**THE NEVAREZ LAW FIRM, PC**
Attorneys and Counselors At Law
7362 Remcon Circle
El Paso, Texas 79912
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Email: MNevarez@LawOfficesMRN.com

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                   Page 3 of 10

<u>/s/ Michael R. Nevarez</u>
**MICHAEL R. NEVAREZ**
State Bar No. 14933400

Attorney for Appellant

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                                 Page 4 of 10

## CERTIFICATE OF CONFERENCE

I hereby certify, in accordance with Local Rule CV-7(g), that, on this date, the undersigned conferred via email with Mr. Brad W. Odell, Subchapter V Trustee, as to whether or not the Subchapter V Trustee would oppose the foregoing **APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, and the Subchapter V Trustee:

    __X__   DID NOT oppose the foregoing document;

    _____   DID oppose the foregoing document;

    _____   DID NOT respond.

    /s/ Michael R. Nevarez_____
    **MICHAEL R. NEVAREZ**

## CERTIFICATE OF CONFERENCE

I hereby certify, in accordance with Local Rule CV-7(g), that, on this date, the undersigned conferred via email with Mr. Ronald Ingalls, Chapter 7 Bankruptcy Trustee, as to whether or not the Chapter 7 Bankruptcy Trustee would oppose the foregoing **APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, and the Chapter 7 Bankruptcy Trustee:

    __X__   DID NOT oppose the foregoing document;

    _____   DID oppose the foregoing document;

    _____   DID NOT respond.

    /s/ Michael R. Nevarez_____
    **MICHAEL R. NEVAREZ**

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC      Page 5 of 10

## CERTIFICATE OF CONFERENCE

I hereby certify, in accordance with Local Rule CV-7(g), that, on this date, the undersigned conferred via email with Mr. James W. King, Counsel for MHC Financial Services, as to whether or not Mr. James W. King would oppose the foregoing **APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, and Mr. James W. King:

    __X__   DID NOT oppose the foregoing document;

    _____   DID oppose the foregoing document;

    _____   DID NOT respond.

    /s/ Michael R. Nevarez
    **MICHAEL R. NEVAREZ**


## CERTIFICATE OF CONFERENCE

I hereby certify, in accordance with Local Rule CV-7(g), that, on this date, the undersigned conferred via email with Mr. James W. Brewer, Counsel for ENGS Commercial Finance Co., as to whether or not Mr. James W. Brewer would oppose the foregoing **APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, and Mr. James W. Brewer:

    __X__   DID NOT oppose the foregoing document;

    _____   DID oppose the foregoing document;

    _____   DID NOT respond.

    /s/ Michael R. Nevarez
    **MICHAEL R. NEVAREZ**

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                             Page 6 of 10

## CERTIFICATE OF CONFERENCE

I hereby certify, in accordance with Local Rule CV-7(g), that, on this date, the undersigned conferred via email with Mr. James Rose, United States Trustee, U.S. Department of Justice, Office of the U.S. Trustee, as to whether or not the Office of the U.S. Trustee would oppose the foregoing **APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, and the Office of the U.S. Trustee:

    __X__   DID NOT oppose the foregoing document;

    _____   DID oppose the foregoing document;

    _____   DID NOT respond.

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                            Page 7 of 10

# FRBP RULE 8012 AND FRAP RULE 26.1
## DISCLOSURE STATEMENTS

In accordance with FRBP Rule 8012 and FRAP Rule 26.1(a), Appellant Double H Transportation LLC ("DOUBLE H") hereby states as follows:

(a) Appellant is a Nongovernmental Company, but no parent entity, or publicly held entity, owns 10% or more of its stock, or equity interest.

(b) Appellant is not an Organizational Victim in a Criminal Case.

(c) Appellant is a debtor in a bankruptcy case, and:

   (1) There is no other debtor not named in the caption; and

   (2) Hereby discloses the information required by Rule 26.1(a).

(d) This Rule 26.1 statement is filed prior to the filing of the principal brief, and upon the filing of the foregoing motion.

(e) As this Rule 26.1 statement is filed before the principal brief, an original and 3 copies of this Motion is filed herewith, on this date, via U.S. Priority Mail.

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                Page 8 of 10

## CERTIFICATE OF SERVICE

I hereby certify, in accordance with Local Rule CV-7(g), that a true and correct copy of the foregoing **APPELLANT'S FIRST UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S PRINCIPAL BRIEF**, with all supporting attachments, exhibits, and affidavits referenced therein, if any, was served either by eFiling via an Electronic Filing Service Provider, and/or via facsimile, to the following parties in interest, on this August 12, 2021:

**SUBCHAPTER V TRUSTEE:**
Mr. Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401
Email: bodell@mhba.com

**OFFICE OF THE U.S. TRUSTEE:**
Mr. James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205
Email: Rose@usdoj.gov

**CHAPTER 7 TRUSTEE:**
Mr. Ronald E Ingalls
POBox2867
Fredericksburg, TX 78624-1927
Email: ron@ingallstrustee.com
Chapter 7 Trustee

**COUNSEL FOR ENGS COMMERICAL FINANCE CO.:**
Mr. James W. Brewer
KempSmith Law
221 N. Kansas, Ste. 1700
El Paso, TX 79901
Email: james.brewer@kempsmith.com

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                                 Page 9 of 10

**COUNSEL FOR MHC FINANCIAL SERVICES:**
Mr. James W. King
Offerman & King, LLP
6420 Wellington Place
Beaumont, TX 77706
Email: jwk@offermanking.com

**DEBTOR:**
Double H Transportation, LLC
14259 Rattler Point Dr.
El Paso, TX 79938

**EQUITY SECURITY HOLDERS**
**ALL UNSECURED CREDITORS**
**ALL SECURED CREDITORS**
**ALL PARTIES IN INTEREST**

/s/ Michael R. Nevarez
**MICHAEL R. NEVAREZ**

Appellant's First Unopposed Motion For Extension Of Time To File Appellant's Principal Brief
*Double H Transportation, LLC v. Brad W. Odell, et al.*
USDC-WDTX Case No. 3:21-cv-00121-KC                                                       Page 10 of 10

**OFFICE OF THE U.S. TRUSTEE:**
James Rose
615 E. Houston Street, Suite 533
San Antonio, TX 78205

**SUBCHAPTER V TRUSTEE:**
Brad W. Odell
1500 Broadway, Suite 700
Lubbock, TX 78401

**DEBTOR-IN-POSSESSION:**
Double H Transportation, LLC
14259 Rattler Point Dr.
El Paso, TX 79938

ACE Card Express
424 Yarbrough Drive
El Paso, TX 79915

Alfredo Campos
3417 Treasure Hill
El Paso, TX 79938

Andrew G. Edson
Clark Hill Strasburger
901 Main Street, Suite 6000
Dallas, TX 75202

Bank Capital Services
1853 Highway 315
Pittston, PA 18640

Barri Financial Group
9800 Centre Parkway Suite 700
Houston, TX 77036

CCRMA Toll Processing Services
3461 Carmen Avenue
Rancho Viejo, TX 78575

Cedar Advance LLC
25 Robert Pitt Drive
Suite 204
Monsey, NY 10952

Christian Rodriguez
2140 N Zaragoza, Apt. 129
El Paso, TX 79938

Commonwealth of Massachusetts
EZDriveMA Payment Processing Center
P.O. Box 847840
Boston, MA 02284-7840

Complete Payment Recovery Services, Inc.
3500 5th Street
Northport, AL 35476

Delaware Department of Transportation
Delaware E-ZPass Violations Center
P.O. Box 697
Dover, DE 19903-0697

Element Transportation, LLC
655 Business Center Drive, Suite 250
Horsham, PA 19044

ENG Commercial Finance

**2441 Warrenville Road, Suite 310**
**Lisle, IL 60532**

**Express Toll**
**E-470 Public Highway Authority**
**P.O. Box 5470**
**Denver, CO 80217-5470**

**FDOT**
**P.O. Box 71237**
**Charlotte, NC 28272-1237**

**Federal Motor Carrier Safety Admin.**
**WESTERN SERVICE CENTER REGION**
**GOLDEN HILLS OFFICE CENTRE**
**12600 W. Colfax Ave. Suite B-300**
**Lakewood, CO 80215**

**Financial Pacific Leasing**
**3455 South 344th Street Way**
**Suite 300**
**Auburn, WA 98001**

**Fleet One**
**Attn: Bankruptcy Dept.**
**3100 West End Ave**
**Nashville, TN 37203**

**Fox Capital 2 Group**
**65 Broadway**
**Suite 804**
**New York, NY 10005**

**Goodyear**
**P.O. Box 288**
**Tonawanda, NY 14151**

**HCTRA - Violations**
**P.O. Box 4440**
**Dept 8**
**Houston, TX 77210-4440**

**Hector Hernandez**
**14259 Rattler Pt Drive**
**El Paso, TX 79938**

**Internal Revenue Service**
**c/o Central Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

**James W. Brewer**
**Kemp Smith LLP**
**P.O. Box 2800**
**El Paso, TX 79999-2800**

**James W. King**
**6420 Wellington Place**
**Beaumont, TX 77706**

**Joseph D. Austin**
**Padfield & Stout, LLP**
**420 Throckmorton Street, Suite 1210**
**Fort Worth, TX 76102**

**Kansas Turnpike Authority**
**P.O. Box 5018**
**Wichita, KS 67201-5018**

**Love's Travel Stops & Country Stores**
**P.O. Box 842568**
**Kansas City, MO 64184-2568**

**Luz Adriana Warden**
**4383 Name Arc**
**Las Cruces, NM 88011**

**Maryland Transportation Authority**

P.O. Box 17600
Baltimore, MD 21297-7600

Melek
1155 N. Zaragoza Rd.
El Paso, TX 79907

MHC Financial
11120 Tomahawk Circle Parkway
Leawood, KS 66211

Michael W. Zientz
Mackie Wolf Zientz & Mann, P.C.
Parkway Office Center, Suite 900
14160 North Dallas Parkway
Dallas, TX 75254

NC Quick Pass
Customer Service Center
P.O. Box 71116
Charlotte, NC 28272-1116

NJ E-ZPass
P.O. Box 4971
Trenton, NJ 08650

NYS Thruway Authority
200 Southern Blvd.
P.O. Box 189
Albany, NY 12201

New Jersey Turnpike Authority
1 Turnpike Plaza
Woodbridge, NJ 07095

North Texas Tollway Authority
P.O. Box 660244
Dallas, TX 75266-0244

Oklahoma Turnpike Authority
Enforcement Barnch
P.O. Box 11255
Oklahoma City, OK 73135-0255

Paccar Financial
Attn Corp. Portfoli
PO Box 1518
Bellevue, WA 98009

Pennsylvania Turnpike Commission
Violation Processing Center
300 East Park Drive
Harrisburg, PA 17111

Pilot
4620 Woodland Corporate Blvd.
Tampa, FL 33614

Platinum Rapid Funding Group
348 RXR Plaza
Uniondale, NY 11556

PLS Financial Services
800 Jorie Blvd., 2nd Fl
Oak Brook, IL 60523

Professional Account Management, LLC
P.O. Box 863867
Plano, TX 75086-3867

Queen Funding LLC
101 Chase Ave, Suite 208
Lakewood, NJ 08701

Quick Spot Funding
20 North 3rd Street
Philadelphia, PA 19106

R & A Trucking Inc.

**12802 Harnose Drive**
**El Paso, TX 79938**

**Rapid Cash**
**8920 Gateway Blvd., Suite B**
**El Paso, TX 79907**

**RiverLink**
**P.O. Box 16799**
**Austin, TX 78761-6799**

**Ronald Gearhart**
**Greenberg, Grant & Richards**
**5858 Westheiner Road 5th Floor**
**Houston, TX 77057**

**Southern Connector Service Center**
**Attention: Violations**
**P.O. Box 408**
**Piedmont, SC 29673**

**Sprint**
**26000 Cannon Road**
**Bedford, OH 44146**

**Steven B. Bass**
**Assistant United States Attorney**
**902 San Jacinto Blvd., Suite 334**
**Austin, TX 78701**

**TD Auto Finance**
**Attn: Bankruptcy**
**P.O. Box 9223**
**Farmington, MI 48333**

**The New York State Thruway**
**Violations Prossessing Center**
**P.O. Box 15186**
**Albany, NY 12212-5186**

**TxTag**
**P.O. Box 650749**
**Dallas, TX 75265-0749**

**United States Trustee**
**615 E. Houston Street, Suite533**
**San Antonio, TX 78205**

**Verizon**
**3601 Converse Drive**
**Wilmington, NC 28403**

**Weinstein & Weinstein**
**68-15 Main Street, 2nd Fl**
**Flushing, NY 11367**

**William Thomas McLain**

**Reagan McLain & Hatch, LLP**

**White Rock Tower, Ste. 300**

**6510 Abrams Road**
**Dallas, TX 75231**

**Yadira Haydee**

**14259 Rattler Pt. Dr.**
**El Paso, TX 79938**