**paralegal-2@lawofficesmrn.com**

| | |
|---|---|
| **From:** | Ronald Ingalls <ron@ingallstrustee.com> |
| **Sent:** | Thursday, August 12, 2021 8:53 AM |
| **To:** | MNevarez@LawOfficesMRN.com; bodell@mhba.com; 'James W. Brewer'; 'James King' |
| **Cc:** | paralegal-2@lawofficesmrn.com |
| **Subject:** | RE: Double H Transportation LLC v. Odell, USWDTX 3:21-cv-00121-KC |

No opposition

Ron Ingalls, trustee

**From:** MNevarez@LawOfficesMRN.com <MNevarez@LawOfficesMRN.com>
**Sent:** Thursday, August 12, 2021 8:47 AM
**To:** bodell@mhba.com; 'James W. Brewer' <Jim.Brewer@kempsmith.com>; 'James King' <jwk@offermanking.com>; Ronald Ingalls <ron@ingallstrustee.com>
**Cc:** paralegal-2@lawofficesmrn.com
**Subject:** Double H Transportation LLC v. Odell, USWDTX 3:21-cv-00121-KC

Gentlemen:

I intend to file a motion for a 2 week extension to file the Debtor's appellate brief, due to impact of my ongoing chemotherapy, and other case work. Please advise whether or not you will oppose same.

Thank you.

### Michael R. Nevarez
### Attorney at Law

The Nevarez Law Firm, PC
Attorneys And Counselors At Law
Mailing Address:
P.O. Box 12247
El Paso, TX  79913
Telephone: (915) 225-2255
Facsimiles: (915) 845-3405
Website: http://www.NevarezLawFirm.com/

CONFIDENTIALITY NOTICE:  This electronic email communication and any attachments are confidential and intended only for the person to whom it is addressed.  The information contained in this electronic mail transmission may be protected by and subject to the attorney-client privilege, or be privileged work product or proprietary information.  If you are not the addressee (or one of the addressees) you are not an intended recipient.  If you are not an intended recipient, or an agent responsible for delivering it to an intended recipient, you have received this email in error.  In that event, please (i) immediately notify me by reply email, (ii) do not review, copy, save, forward, or print this email or any of its attachments, and (iii) immediately delete and/or destroy this email and its attachments and all copies thereof.  You are hereby notified that any use, disclosure, dissemination, distribution, copying, or taking of any action because of this information is strictly prohibited.

TAX ADVICE DISCLOSURE:  Pursuant to the requirements of Internal Revenue Service Circular 230, we advise you that any federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of: (1) avoiding penalties that may be imposed under the Internal Revenue Code or (2) promoting, marketing or recommending to another party any transaction or matter addressed in this communication.  Thank you.

DEBT RELIEF AGENCY:  Our law firm is considered a "Debt Relief Agency" under the Bankruptcy Reform Act, as defined in 11 U.S. Code § 101(12A), as we assist people with finding solutions to their debt and credit problems, including, where appropriate, assisting them with the filing of petitions for relief under the United States Bankruptcy Code.

FAIR DEBT COLLECTION PRACTICES ACT:  Pursuant to the Fair Debt Collection Practices Act, please be advised that this law firm is a debt collector and any information obtained may be used for that purpose. However, if the debt is in active bankruptcy or has been discharged through bankruptcy, this communication is not intended as and does not constitute an attempt to collect a debt.