# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DOUBLE H TRANSPORTATION, LLC, | § | |
| | § | |
| Appellant, | § | |
| | § | |
| v. | § | CASE NO. 3:21-cv-00121-KC |
| | § | |
| BRAD W. ODELL (CHAPTER 11 TRUSTEE), | § | |
| RONALD INGALLS (CHAPTER 7 TRUSTEE), | § | |
| UNITED STATES TRUSTEE – ELP12, | § | |
| MHC FINANCIAL SERVICES, and | § | |
| ENGS COMMERCIAL FINANCE CO. | § | |
| | § | |
| Appellees. | § | |

## ORDER

**ON THIS DAY** came on to be considered the "Appellant's Unopposed First Motion For Extension Of Time To File Appellant's Principal Brief." After consideration of Appellant's Unopposed First Motion For Extension Of Time To File Appellant's Principal Brief, the Court is of the opinion that the "Appellant's Unopposed First Motion For Extension Of Time To File Appellant's Principal Brief" should be granted, and enters the following Order:

**IT IS HEREBY ORDERED** that Appellant Double H Transportation, LLC is GRANTED an extension through August 27, 2021, within which to file the Appellant's Principal Brief.

**Signed on _____, 2021.**

_____
**KATHLEEN CARDONE,**
**U.S. DISTRICT JUDGE**